# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

JESUS P. VILLASENOR,

    Plaintiff,

vs.

U.S. BANK, N.A., *et al.*,

    Defendants.

2:17-cv-01099-GMN-VCF

**ORDER**

Before the Court is the Motion to Intervene (ECF No. 10).

Pursuant to 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, no opposition has been filed and the time to file an opposition has passed.

Accordingly,

IT IS HEREBY ORDERED that the Motion to Intervene (ECF No. 10) is GRANTED.

IT IS FURTHER ORDERED that Ralph Partners II, LLC must file the complaint in intervention on or before July 10, 2017.

DATED this 3rd day of July, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE