**STIP**
John T. Steffen (4390)
Bradley G. Sims (11713)
HUTCHISON & STEFFEN, PLLC
10080 W. Alta Dr., Suite 200
Las Vegas, Nevada 89145
(702) 385-2500
bsims@hutchlegal.com

*Attorneys for Ralph Partners II, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JESUS P. VILLASENOR,<br><br>Plaintiff,<br>v.<br><br>U.S. BANK, N.A. as Trustee, successor in interest to BANK OF AMERICA, N.A. as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT series 1007-OA Trust; BANK OF AMERICA, N.A., successor to COUNTRYWIDE BANK, N.A., JP MORGAN CHASE BANK, N.A.; SELECT PORTFOLIO SERVICING, INC. (SPS0; WELLS FARGO BANK, N.A. substituted Trustee and/or servicer QUALITY LOAN SERVICE CORPORATION, substituted Trustee; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., (Original Nominee Beneficiary on Deed of Trust); its assignees and/or successors; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive. ,<br><br>Defendants.<br><br>Ralph Partners II, LLC,<br><br>Intervenor. | CASE NO.: 2:17-cv-01099-GMN-VCF<br><br>**STIPULATED JUDGMENT** |

-1-

Plaintiff Jesus P. Villasenor ("Plaintiff"), in proper person, Defendant Quality Loan Service Corporation ("QLS"), by and through its counsel of record, McCarthy & Holthus, LLP, Defendant Select Portfolio Servicing, Inc. ("SPS"), by and through its counsel of record, Smith Larsen & Wixom, Chartered, and Intervenor Ralph Partners II, LLC ("RPII") by and through its counsel of record, Hutchison & Steffen, LLC, hereby stipulate and agree as follows:

1.     Plaintiff was the prior owner of real property located in Clark County, Nevada commonly known as, 4373 Thorndale Place, Las Vegas, Nevada 89103 (APN: 163-23-213-021), and more particularly known as:

> LOT 20 IN BLOCK 9 OF LAURELWOOD SPRING VALLEY UNIT #3, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 16 OF PLATS, PAGE 43 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

("the Property"),

2.     Plaintiff financed the purchase of the Property with a loan ("the Loan"), evidenced by a note ("the Note") and secured by a deed of trust. The deed of trust was recorded in the Official Records of the Clark County Recorder on or about February 23, 2007 as Instrument No. 20070223-0004076 ("the Deed of Trust").

3.     On or about December 15, 2015 the beneficiaries of the Deed of Trust recorded an affidavit representing that a default had occurred and permitting QLS to sell the home through a non-judicial foreclosure proceeding.

4.     On or about November 21, 2016 a Certificate of Foreclosure Mediation was recorded against the Property in the Official Records of the Clark County Recorder as Instrument No. 20161121-0002171, stating that the beneficiary of the Deed of Trust could proceed with foreclosure.

-2-

5.  On or about February 21, 2017, QLS recorded a Notice of Sale against the Property in the official records of the Clark County Recorder as Instrument No. 20170221-0001635.

6.  On or about March 17, 2017, RPII purchased the Property at a public, non-judicial foreclosure sale conducted by QLS in accordance with NRS 107.080 et seq. and pursuant to a duly recorded deed of trust ("Foreclosure Sale").

7.  RPII, as an independent purchaser, purchased the Property for the sum of $208,000.00 at the Foreclosure Sale;

8.  As a result of the Foreclosure Sale, RPII received a Trustee's Deed Upon Sale conveying title to the Property to RPII pursuant to NRS Chapter 107 and the Deed of Trust ("TDUS"). The TDUS was recorded in the Official Records of the Clark County Recorder, as Instrument No. 201704070002637.

9.  Prior to the Foreclosure Sale, Plaintiff commenced an action to enjoin foreclosure of the Property in the Eighth Judicial District Court, Clark County Nevada, Case No. A-17-752359-C, XXIII (the "Action");

10. The Action was subsequently removed to United States District Court for the District of Nevada, Case No. 2:17-cv-01099-GMN-VCF.

11. RPII subsequently filed a motion to intervene and brought claims for Quiet Title and Declaratory Relief.

12. The parties wish to fully and forever resolve all claims, causes of actions, and controversies between them with respect to the Property.

13. Plaintiff hereby releases any right, title claim and interest in and to the Property and affirmatively stipulates, agrees, and acknowledges that Ralph Partners II, LLC is fully vested with clear, marketable title to the Property pursuant to NRS 107.080(5), the Foreclosure Sale, the Deed of Trust, and the TDUS.

14.     Plaintiff hereby voluntarily dismisses each of his claims against the remaining Defendants with prejudice.

15.     Ralph Partners II, LLC hereby dismisses all claims brought in its complaint in intervention.

16.     Each party shall bear their own respective attorneys' fees and costs.

17.     Any notice of lis pendens recorded against the Property is hereby immediately released and otherwise expunged from title to the Property.

It is so stipulated.

DATED this 1? day of Juuy, 2017.

HUTCHISON & STEFFEN, PLLC

_____
John T. Steffen, Esq.
Bradley G. Sims, Esq.
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Ralph Partners II, LLC*

DATED this _____ day of _____, 2017.

_____
Jesus P. Villasenor

*Plaintiff in Proper Person*

DATED this 13th day of July, 2017.

MCCARTHY HOLTHUS, LLP

_____
Kristin A Schuler-Hintz, Esq.
Priscilla L Baker, Esq.
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117

*Attorneys for Quality Loan Servicing Corporation.*

DATED this 13 day of July, 2017.

SMITH, LARSEN, & WIXOM

_____
Kent F. Larsen, Esq.
Hills Center Business Park
1935 Village Center Circle
Las Vegas, NV 89134

*Attorney for Select Portfolio Servicing*

-4-

14.    Plaintiff hereby voluntarily dismisses each of his claims against the remaining Defendants with prejudice.

15.    Ralph Partners II, LLC hereby dismisses all claims brought in its complaint in intervention.

16.    Each party shall bear their own respective attorneys' fees and costs.

17.    Any notice of lis pendens recorded against the Property is hereby immediately released and otherwise expunged from title to the Property.

It is so stipulated.

DATED this _____ day of _____, 2017.    DATED this _____ day of _____, 2017.

HUTCHISON & STEFFEN, PLLC    MCCARTHY HOLTHUS, LLP


_____    _____
John T. Steffen, Esq.    Kristin A Schuler-Hintz, Esq.
Bradley G. Sims, Esq.    Priscilla L Baker, Esq.
Peccole Professional Park    9510 West Sahara Avenue, Suite 200
10080 West Alta Drive, Suite 200    Las Vegas, NV 89117
Las Vegas, NV 89145

*Attorneys for Ralph Partners II, LLC*    *Attorneys for Quality Loan Servicing Corporation.*


DATED this _____ day of _____, 2017.    DATED this _____ day of _____, 2017.

    SMITH, LARSEN, & WIXOM


_____    _____
Jesus P. Villasenor    Kent F. Larsen, Esq.
    Hills Center Business Park
*Plaintiff in Proper Person*    1935 Village Center Circle
    Las Vegas, NV 89134

    *Attorney for Select Portfolio Servicing*

-4-

State of Nevada    )
                   ) ss:
County of Clark    )

This instrument was signed and acknowledged before me by Jesus P. Villasenor on this _18th_ day of _July_, 2017.

_Pat Kleitz_
NOTARY PUBLIC
My Commission Expires: _5-13-2018_

```
PAT KLEITZ
NOTARY PUBLIC
STATE OF NEVADA
MY COMMISSION EXP. 5-13-2018
CERTIFICATE NO: 94-3850-1
```

## ORDER

Therefore, based upon the above stipulation of the parties, and for good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Complaint is hereby dismissed.

IT IS FURTHER ORDERED that Plaintiff Jesus P. Villasenor, on behalf of himself, his successors-in-interest, and assigns, has forever relinquished and does not have any right, claim, title or interest in the Property.

IT IS FURTHER ORDERED that Ralph Partners II, LLC is vested with clear, marketable title to the Property pursuant to NRS 107.080(5), the Foreclosure Sale, the Deed of Trust, and the TDUS.

IT IS FURTHER ORDERED that each of Ralph Partners II LLC's remaining claims are hereby dismissed.

IT IS FURTHER ORDERED that each party shall bear their own respective attorneys' fees and costs.

///
///
///
///
///
///
///
///
///
///

-6-

IT IS FURTHER ORDERED any notice of lis pendens recorded against the Property is hereby released and expunged from title to the Property.

DATED this __30__ day of August, 2017.

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Respectfully Submitted:

HUTCHISON & STEFFEN, PLLC

John T. Steffen (4390)
Bradley G. Sims (11713)
10080 W. Alta Dr., Suite 200
Las Vegas, Nevada 89145
(702) 385-2500
bsims@hutchlegal.com

*Attorneys for Ralph Partners II, LLC.*